IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **GUADALUPE ADAMS, Individually,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 6:15-cv-3264-MDH |
| **76 MALL INN, INC.** | : |
| **Defendant.** | : |

# ORDER

Before the Court is the parties' Stipulation of Dismissal. (Doc. No. 11). Based on the parties' stipulation, the Court hereby dismisses this case in its entirety, with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: September 24, 2015

　　　　　　　　　　　　　　　　　　__/s/ Douglas Harpool_____
　　　　　　　　　　　　　　　　　　**DOUGLAS HARPOOL**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**